United States District Court
For the Northern District of California

1

2

3

4               IN THE UNITED STATES DISTRICT COURT

5             FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7   CARPENTERS PENSION TRUST FUND FOR    )  Case No. 10-00812 SC
    NORTHERN CALIFORNIA,                 )
8                                        )  ORDER VACATING SHOW CAUSE
                   and                   )  HEARING
9                                        )
                                         )
10  BOARD OF TRUSTEES, CARPENTERS        )
    PENSION TRUST FUND FOR NORTHERN      )
11  CALIFORNIA                           )
                                         )
12              Plaintiffs,              )
                                         )
13        vs.                            )
                                         )
14  M.A. LINDQUIST CO., INC., a          )
    California corporation               )
15                                       )
                                         )
16              Defendant.               )
                                         )
17  _____  )

18       On November 3, 2010, the Court issued an order to show cause

19  why this case should not be dismissed.  ECF No. 24.  Since then,

20  Plaintiffs' counsel has filed a number of declarations explaining

21  her efforts to prosecute this case, and Plaintiffs have filed a

22  Motion for Summary Judgment, or in the Alternative, Default

23  Judgment, scheduled to be heard on January 7, 2011.  ECF No. 29.

24  Plaintiffs move for Default Judgment based on M.A. Lindquist Co.,

25  Inc.'s failure to appoint new counsel, as corporations must be

26  represented in federal court by counsel.

27       Having considered the actions taken by Plaintiffs' counsel,

28  the Court VACATES the show cause hearing scheduled for December 3,

2010.  Within five (5) days of this Order, Plaintiffs must file a Proof of Service with the Court showing that this Order was served on Defendant M.A. Lindquist Co., Inc.

     IT IS SO ORDERED.


     Dated:  November 22, 2010



                         UNITED STATES DISTRICT JUDGE

2