1  George M. Kraw (California Bar No. 71551)
   Michael J. Korda (California Bar No. 88572)
2  Katherine McDonough (California Bar No. 241426)
   Kraw and Kraw
3  605 Ellis Street, Suite 200
4  Mountain View, California 94043
   Telephone: 650-314-7800
5  Facsimile:  650-314-7899
   gkraw@kraw.com
6  mkorda@kraw.com
7  kmcdonough@kraw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA, et al., | |
|---|---|
| Plaintiffs, | |
| v. | CASE NO.  CV-10-3386-SC |
| MARK ALAN LINDQUIST, | **STIPULATION AND [PROPOSED ORDER] TO CONTINUE STATUS CONFERENCE TO JUNE 24, 2011 at 10:00 a.m** |
| Defendant. | |

    Pursuant to Local Rules 7-12, Plaintiffs Carpenters Pension Trust Fund for Northern California ("Pension Fund") and Board of Trustees of the Pension Fund ("Plaintiffs") and Defendant Mark Alan Lindquist jointly submit this stipulation to continue the case management conference set by Court Order for April 29, 2011 to June 24, 2011 at 10:00 a.m.

    WHEREAS, a status conference was previously set by Court Order for April 29, 2011.

-1-  Stipulation to Continue Status Conference

Case No. 10-CV-3386

WHEREAS, the Defendant will be out of town and unavailable on April 29, 2011.

WHEREAS, Plaintiffs' Counsel and Defendant are available and able to attend a status conference on June 24, 2011 at 10:00 a.m.

NOW THEREFORE, IT IS HEREBY STIPULATED by the Defendant and Plaintiffs that the status conference set for April 29, 2011 be continued until June 24, 2011 at 10:00 a.m.

IT IS SO STIPULATED.

Dated: April 8, 2011

    /s/Katherine McDonough
    Katherine McDonough

*Attorney for the Plaintiffs*

    /s/Mark Alan Lindquist
    Mark Alan Lindquist

*Defendant*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 11, 2011

_____
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Samuel Conti*

-2-   Stipulation to Continue Status Conference
Case No. 10-CV-3386
CASE NO. CV-10-3386-SC

**ECF ATTESTATION**

I, Katherine McDonough, am the ECF User whose ID and Password are being used to file this **STIPULATION TO CONTINUE THE STATUS CONFERENCE TO JUNE 24, 2011 at 10:00 a.m.** In compliance with General Order 45 X.B. I hereby attest that Mark Alan Lindquist has concurred in this filing.

/s/Katherine McDonough

-3-   Stipulation to Continue Status Conference
Case No. 10-CV-3386
CASE NO. CV-10-3386-SC