Mark Alan Lindquist, In Pro Per
P.O. Box 24071
Oakland, CA 94623
Telephone: (510) 238-8584
Facsimile: (510) 238-8589

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MARK ALAN LINDQUIST,<br><br>Defendant. | CASE NO. CV-10-03386-SC<br><br>**STIPULATED REQUEST FOR ENLARGEMENT OF TIME FOR DEFENDANT TO FILE AN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

Pursuant to Local Rules 6-2 and 7-12, Plaintiffs Carpenters Pension Trust Fund for Northern California ("Pension Fund") and Board of Trustees of the Pension Fund ("Plaintiffs") and Defendant Mark Alan Lindquist jointly submit this Stipulation for Enlargement of Time for the Defendant to file a response to the Motion for Summary Judgment filed by the Plaintiffs on April 1, 2011.

WHEREAS, the Defendant requires additional time to respond to the substantive issues raised by the Plaintiffs' Motion for Summary Judgment.

WHEREAS, a case management conference in this matter is currently scheduled for 10:00 a.m. on June 24, 2011.

WHEREAS, the only previous extension of time requested by the Defendant was to continue the status conference set for April 29, 2011 because he was out of town and unavailable.

NOW THEREFORE, IT IS HEREBY STIPULATED by the Defendant and Plaintiffs that

(1) The Defendant's Opposition to the Plaintiffs' Motion for Summary Judgment ("Opposition") shall be due on June 3, 2011.

(2) The Plaintiffs' Reply to the Opposition shall be due on June 10, 2011.

(3) The Summary Judgment hearing currently scheduled for May 27, 2011 at 10:00 a.m. is continued to June 24, 2011 at 10:00 a.m. in the Courtroom of the Honorable Samuel Conti, Courtroom 1, 17th Floor 450 Golden Gate Avenue, San Francisco, CA 94102.

**IT IS SO STIPULATED.**

Dated: May 3, 2011

_____
Katherine McDonough (California Bar No. 241426)
*Attorney for the Plaintiffs*

Dated 5/11/11

_____
Mark Alan Lindquist
*Defendant*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May 12, 2011

IT IS SO ORDERED
Judge Samuel Conti

UNITED STATES DISTRICT JUDGE

---

2
STIPULATION FOR AN ENLARGEMENT OF TIME
Case No. C10-03386- SC

Mark Alan Lindquist, In Pro Per
P.O. Box 24071
Oakland, CA 94623
Telephone: (510) 238-8584
Facsimile: (510) 238-8589

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA<br><br>and<br><br>BOARD OF TRUSTEES, CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>MARK LINDQUIST,<br><br>Defendant. | CASE NO. C10-03386 SC<br><br>**DECLARATION OF MARK ALAN LINDQUIST IN SUPPORT OF STIPULATION FOR ENLARGEMENT OF TIME** |

I, Mark Alan Lindquist, state that I have personal knowledge of the following facts and if called as a witness I could testify competently thereto:

1. I contacted Katherine McDonough on May 3, 2011 and informed her that I need additional time to respond to the issues raised in the Plaintiffs' Motion for Summary Judgment. By email correspondence the same day she agreed to an extension of time to June 3, 2011 to file my response to the Plaintiffs' Motion for Summary Judgment.

2. Previous time modifications in this case are as follows: (1) The status conference originally scheduled for January 7, 2011 was continued by Court Order to April 29, 2011; (2) because I was unavailable, the status conference set for April 29, 2011 was continued by Court Order at the request of the parties to June 24, 2011.

3. The effect of the stipulated request to enlarge time is to move all summary judgment dates currently on the Court's calendar back by approximately one month.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11 day of May 2011, at Oakland, California.

Mark Alan Lindquist

---

2

DECLARATION OF MARK ALAN LINDQUIST IN SUPPORT OF STIPULATED REQUEST TO ENLARGE TIME
Case No. C10-03386- SC

| | |
|---|---|
| 1 | Mark A. Lindquist, In Pro Per |
| 2 | 5765 Balmoral Drive |
|   | Oakland, CA  94619 |
| 3 | Telephone:  (510) 238-8584 |
|   | Facsimile:  (510) 238-8589 |
| 4 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA and BOARD OF TRUSTEES, CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA, | CASE NO.  CV-10-3386 EDL |
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| v. | |
| MARK ALAN LINDQUIST, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I declare that I am employed in the County of Alameda, State of California. I am over the age of eighteen years at the time of service and not a party to the within cause. My employment address is 1999 Harrison Street, 25th Floor, Oakland, California 94612-3520.

On May 12, 2011, I served copies of the attached document(s) entitled:

- **STIPULATED REQUEST FOR ENLARGEMENT OF TIME FOR DEFENDANT TO FILE AN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**
- **DECLARATION OF MARK ALAN LINDQUIST IN SUPPORT OF STIPULATION FOR ENLARGEMENT OF TIME**

on the interested parties in this action, by placing a true and correct copy thereof enclosed in a sealed envelope, addressed as follows:

Katherine McDonough, Esq.
Kraw and Kraw
605 Ellis Street, Suite 200
Mountain View, CA 94043
Tel:     (650) 314-7800
Fax:     (650) 314-7899
E-mail:  kmcdonough@kraw.com

[X] **BY U.S. MAIL.** I placed such envelope, addressed as above by first-class mail, postage prepaid, for collection and mailing at my business address following our ordinary business practices. I am readily familiar with our ordinary business course of collection and processing of correspondence for mailing with the U.S. Postal Service. In the ordinary course of business on the same day that correspondence is placed for collection and mailing, it is deposited with the U.S. Postal Service for delivery to the addressee.

[X] **FEDERAL.** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 12, 2011, at Oakland, California.

_____
Aysha D. Lewis

**Name of Case:** *Carpenters Pension Trust Fund for Northern California, et al. v. Mark Alan Lindquist*
**Name of Court and Case Number:** *United States District Court, Northern District of California, San Francisco Division, Case No. CV-10-3386 EDL*