**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MARK ALAN LINDQUIST, <br><br> Defendant. <br> _____/ | No. C-10-03386 SC (DMR) <br><br> **ORDER TO SUBMIT PROPOSED SCHEDULING ORDER FOR JUDGMENT DEBTOR EXAMINATION** |

This case has been referred to the undersigned for all post-judgment/collections matters. The court conducts judgment debtor examinations on Wednesdays. During months when the undersigned is assigned to the criminal duty calendar, such examinations shall commence at 9:00 a.m. During months when the undersigned is not on criminal duty, such examinations shall commence at 9:30 a.m. Plaintiffs are hereby ordered to submit a proposed scheduling order for a judgment debtor examination to take place on a date of their choosing that is in accordance with the court's scheduling of such examinations. A proposed scheduling order shall be submitted by Plaintiffs by no later than December 16, 2011.

IT IS SO ORDERED.

Dated: December 8, 2011




DONNA M. RYU
United States Magistrate Judge