George M. Kraw (SBN 71551)
Katherine A. McDonough (CA Bar No. 241426)
Donna L. Kirchner (SBN 138320)
KRAW AND KRAW
605 Ellis Street, Suite 200
Mountain View, CA 94043
Telephone: (650) 314-7800
Facsimile: (650) 314-7899
gkraw@kraw.com
kmcdonough@kraw.com
dkirchner@kraw.com

Counsel for Plaintiffs
Carpenters Pension Trust Fund for Northern California; and
Board of Trustees, Carpenters Pension Trust Fund for
Northern California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MARK ALAN LINDQUIST, <br><br> Defendant. | Case No.: C10-3386 SC <br><br> **MISCELLANEOUS ADMINISTRATIVE REQUEST TO EXTEND TIME TO SUMBIT SCHEDULING ORDER FOR DEBTORS EXAM; AND [PROPOSED] ORDER** AS MODIFIED |

On December 8, 2011, Magistrate Judge Ryu issued an order setting December 16, 2011 as the deadline for Plaintiffs to submit a proposed scheduling order for a judgment debtor examination. On Friday, December 16, 2011, counsel for Plaintiffs attempted to e-file the proposed order, but was unable to access the court's electronic filing system. Counsel submitted the proposed order via Judge Ryu's proposed order email address and contacted Judge Ryu's courtroom deputy to advise the court of the difficulty with efiling. The courtroom deputy advised counsel to electronically file the proposed order when possible. This morning (Monday, December 19, 2011), counsel has successfully accessed the court's electronic filing system and has e-filed the proposed order for the debtors exam. Based on the foregoing, to the extent submission of the proposed order to the

1  proposed order email address did not comply with this court's prior order, Plaintiffs request that the
2  court extend to December 19, 2011 the time for submitting the proposed order and deem the
3  proposed order that Plaintiffs filed today to have been timely filed.

4  Dated:

**KRAW & KRAW**

Donna L. Kirchner, Esq.
Counsel for Plaintiffs

## [~~Proposed~~] ORDER EXTENDING DEADLINE <u>AND TO RE-SUBMIT PROPOSED SCHEDULING ORDER</u>

<u>By no later than January 4, 2012, Plaintiffs shall re-submit a proposed scheduling order for a judgment debtor examination **that is in accordance with the court's scheduling of such examinations** as described in the court's December 8, 2011 Order, e.g., during months when the undersigned is not on criminal duty, such examinations shall commence at 9:30 a.m. Further, the proposed scheduling order shall state that the examination will take place at the U.S. District Court, 1301 Clay Street, Oakland, California 94612. For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars" link on left side, click link to Judge Ryu's calendar) or call Judge Ryu's Courtroom Deputy, Ivy Garcia, at (510) 637-3639, one week prior to the scheduled examination.</u>

**IT IS SO ORDERED.**

Dated: December 29, 2011

_____
Magistrate Judge Donna M. Ryu

*IT IS SO ORDERED*
*Judge Donna M. Ryu*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*