**United States District Court**
For the Northern District of California

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7              FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9   CARPENTERS PENSION TRUST FUND FOR    )  Case No. 10-3386-SC
    NORTHERN CALIFORNIA and BOARD OF     )
10  TRUSTEES, CARPENTERS PENSION TRUST   )  ORDER GRANTING PLAINTIFFS'
    FUND FOR NORTHERN CALIFORNIA,        )  MOTION TO ENFORCE JUDGMENT
11                                       )
                Plaintiffs,              )
12                                       )
                                         )
13       v.                              )
                                         )
14  MARK ALAN LINDQUIST,                 )
                                         )
15              Defendant.               )
                                         )
16  ─────────────────────────────────── )

17       Now pending before the Court is Plaintiffs' Amended Motion to

18  Enforce Judgment.  ECF No. 87 ("Am. Mot.").  On November 7, 2011,

19  the Court entered judgment against Defendant Mark Alan Lindquist

20  ("Lindquist").  ECF No. 63.  Plaintiffs now move for an order that

21  (1) charges the interest held by Lindquist in the Lindquist Family

22  LLC with payment of the unpaid balance of the judgment previously

23  entered against him, which, with accrued interest as of the hearing

24  date of Plaintiffs' motion, totals $1,623,444.97, and (2) directs

25  the Lindquist Family LLC to pay any money or property due or to

26  become due to Lindquist directly to the plaintiff pension fund

27  until the amount remaining due on the judgment, plus all accrued

28  interest and costs, is paid in full.  Plaintiffs aver that

Lindquist retains a 20 percent interest in the Lindquist Family LLC, and that the Court's earlier judgment remains unsatisfied in the amount set forth above.  Lindquist has not opposed the motion.

The Court, having reviewed Plaintiffs' papers and authorities, and for good cause appearing, hereby GRANTS Plaintiffs' motion.


IT IS SO ORDERED.


Dated: October 3, 2012                
                                      _____
                                      UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California