IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA and BOARD OF TRUSTEES, CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>        Plaintiffs,<br><br>  v.<br><br>MARK ALAN LINDQUIST,<br><br>        Defendant. | Case No. 10-3386-SC<br><br>ORDER GRANTING PLAINTIFFS' MOTION TO ENFORCE JUDGMENT |

    Now pending before the Court is Plaintiffs' Amended Motion to Enforce Judgment. ECF No. 87 ("Am. Mot."). On November 7, 2011, the Court entered judgment against Defendant Mark Alan Lindquist ("Lindquist"). ECF No. 63. Plaintiffs now move for an order that (1) charges the interest held by Lindquist in the Lindquist Family LLC with payment of the unpaid balance of the judgment previously entered against him, which, with accrued interest as of the hearing date of Plaintiffs' motion, totals $1,623,444.97, and (2) directs the Lindquist Family LLC to pay any money or property due or to become due to Lindquist directly to the plaintiff pension fund until the amount remaining due on the judgment, plus all accrued interest and costs, is paid in full. Plaintiffs aver that

1  Lindquist retains a 20 percent interest in the Lindquist Family
2  LLC, and that the Court's earlier judgment remains unsatisfied in
3  the amount set forth above.  Lindquist has not opposed the motion.
4      The Court, having reviewed Plaintiffs' papers and authorities,
5  and for good cause appearing, hereby GRANTS Plaintiffs' motion.

7      IT IS SO ORDERED.

9      Dated: October 3, 2012                
                                        UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2